# CASES

# SUPREME COURT OF ALABAMA.

## NOVEMBER TERM, 1904.

## Frank Barber *v.* The State of Alabama.

*Trial for Murder Under Ordinance No. 390 of Constitutional Convention of 1901.*

1. *Trial and judgment under Ord. No. 390 of Constitutional Convention of 1901 and Acts of Legislature to carry same into effect, void.*—Trial had and judgment rendered by the Circuit Court of St. Clair County, sitting at Pell City in said County, under supposed authority of Ordinance No. 390 nominally adopted by the Constitutional Convention of 1901, and certain Acts of the Legislature intended to carry same into effect, is void, and will not support an appeal.

APPEAL from Circuit Court of St. Clair.

Tried before the Hon. J. A. BILBRO.

The appellant, Frank Barber, was indicted for murder in the first degree at the Spring Term, 1904, of the Circuit Court of St. Clair County, and was tried at a special term of the Circuit Court for the "Southern Judicial Division" of said County, sitting at Pell City in said county, on June 13th, 1905, and convicted of murder in the first degree and sentenced to the penitentiary for life. It is unnecessary to state the evidence as to facts of the crime, as the proceedings under which the trial was had are held, in the opinion, to be absolutely void.

M. M. SMITH and INZER & MONTGOMERY, for appellant.

MASSEY WILSON, Attorney-General, for the State.

1 s

McCLELLAN, C. J.—This cause was tried by the circuit court of St. Clair county, sitting at Pell City in said county, under the supposed authority of ordinance No. 390, nominally adopted by the Constitutional Convention of 1901, and certain acts of the legislature intended to carry said ordinance into effect. That ordinance and those acts were held in *Ex parte Birmingham & Atlantic Railroad Co., (MS.) to be void.* It follows that there was no authority of law for holding said court at Pell City, and, on the principles declared in *Ex parte Branch,* 63 Ala., 383, and *Jackson et al v. State,* 102 Ala. 76, it must be now ruled that the judgment rendered at Pell City on the trial then had is void, and will not support an appeal.

Appeal dismissed.